NICHOLLS *v.* W. H. WHITE CO.

EQUITY—ADEQUATE REMEDY AT LAW—EJECTMENT.
    This case is ruled by the case of *Nicholls* v. *Boyne City Lumber Co., ante,* 234.

Appeal from Charlevoix; Mayne, J.   Submitted April 28, 1909.   (Docket No. 122.)   Decided June 7, 1909.

Bill by John Nicholls and Mary R. Morgan against W. H. White Company and the Boyne City Lumber Company to determine the boundary and riparian rights of certain real estate.   From an order overruling a demurrer to the bill, defendants appeal.   Reversed, and bill dismissed.

*George E. Nichols,* for complainants.

*J. M. Harris,* for defendants.

BROOKE, J.   This case is ruled by the case of *Nicholls* v. *Boyne City Lumber Co., ante,* 234 (121 N. W. 742).
    The order overruling the demurrer is set aside, and the demurrer sustained.

BLAIR, C. J., and MONTGOMERY, HOOKER, and McALVAY, JJ., concurred.